# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Nicole Keoloha Kapule (2),<br><br>　　　　　　　　　　Defendant. | Case No. 21-cr-00505-CAB<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>AUG 2 0 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:922(g)(1),924(a)(2); 18:924(d),28:2461(c) - Convicted Felon in Possession of Ammunition; Criminal Forfeiture (2); 21:841(a)(1) - Possession with Intent to Distribute Fentanyl (3)

Dated: 8/20/2021

　　　　　　　　　　　　　　　　　　　　_/s/ Allison Goddard_
　　　　　　　　　　　　　　　　　　　　Hon. Allison H. Goddard
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge